Faxed to CB — why not filed
ORIGINAL
CTJ/WOOD
&amp; _____
BY: _____

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
DEC 20 2002
CLERK, U.S. DISTRICT COURT
By _____
Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FT. WORTH DIVISION

FIRST CASH FINANCIAL SERVICES, INC.
    Plaintiff

vs.

BLAKE MIRAGLIA AND
STEPHEN MIRAGLIA
    Defendants

CIVIL ACTION NO. _____
4-02CV1025-Y

## PLAINTIFF'S NOTICE OF DISMISSAL

Plaintiff files its notice of dismissal under Federal Rule of Civil Procedure 41(a)(1)(i).

1. Plaintiff is First Cash Financial Services, Inc.; defendants are Blake Miraglia, and Stephen Miraglia, Bruce Meyers, Paulette Meyers, Gary V. Vanier, and Barbara D. Vanier.

2. On November 4, 2002, plaintiff filed suit in Tarrant County District Court.

3. Bruce Meyers, Gary Vanier and Barbara Vanier were all served via certified mail on 11/25/02, but have not filed an answer. The remaining defendants have not been served with process. No defendant has a motion for summary judgment.

4. This case is not a class action.

5. A receiver has not been appointed in this action.

6. This case is not governed by any federal statute that requires an order of the court for dismissal of the case.

7. Plaintiff has not dismissed an action based on or including the same claims as those presented in this suit.

8. This dismissal is without prejudice.

3

Respectfully Submitted,

*[signature: Patrick E. Gaas w/ perm]*

Patrick E. Gaas, Texas Bar No. 07562790
Three Riverway, Suite 1800
Houston, Texas 77056
(713) 209-2950
(713) 659-5302 (fax)
**ATTORNEY IN CHARGE FOR PLAINTIFF,
FIRST CASH FINANCIAL SERVICES, INC.**

Of Counsel:

**BREWER & PRITCHARD, P.C.**
Texas Bar No. 00794629
Three Riverway, Suite 1800
Houston, Texas 77056
(713) 209-2950
(713) 659-5302 (fax)

## CERTIFICATE OF SERVICE

      I hereby certify that I have this day served a copy of the foregoing via Regular U.S. Mail to counsel of record as follows on this 17th day of December, 2002.

Tal Franklin
Akin, Gump, Strauss, Hauer & Feld LLP
1700 Pacific Avenue
Suite 4100
Dallas, Texas 75201-4675

                                      _____
                                      Patrick E. Gaas