ORIGINAL

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

**FILED**

JAN - 8 2003

CLERK, U.S. DISTRICT COURT

By _____
          Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

FIRST CASH FINANCIAL SERVICES,   §
INC.                             §
                                 §
VS.                              §   ACTION NO. 4:02-CV-1025-Y
                                 §
BLAKE MIRAGLIA, ET AL.           §

<u>FINAL JUDGMENT</u>

In accordance with the Notice of Dismissal filed on December 20, 2002 and Federal Rule of Civil Procedure 58,

It is hereby ORDERED, ADJUDGED, and DECREED that all claims are hereby DISMISSED WITHOUT PREJUDICE to their refiling. All costs of Court under 28 U.S.C. § 1920 shall be borne as agreed by the parties, or, if no agreement has been reached, by the party incurring same.

SIGNED January __8__, 2003.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE

FINAL JUDGMENT - Page Solo
chr - firstcash

4